**Dismissed and Memorandum Opinion filed May 20, 2014.**



In The

# Fourteenth Court of Appeals

### NO. 14-14-00279-CR

## JUSTIN ELLIOTT HALE, Appellant

### V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 178th District Court
Harris County, Texas
Trial Court Cause No. 1403940**

## M E M O R A N D U M   O P I N I O N

Appellant entered a guilty plea to harassment of a public servant. In accordance with the terms of a plea bargain agreement with the State, the trial court sentenced appellant on March 6, 2014, to confinement for four years in the Institutional Division of the Texas Department of Criminal Justice. Appellant filed a pro se notice of appeal. We dismiss the appeal.

The trial court entered a certification of the defendant's right to appeal in which the court certified that this is a plea bargain case, and the defendant has no right of appeal. See Tex. R. App. P. 25.2(a)(2). The trial court's certification is included in the record on appeal. See Tex. R. App. P. 25.2(d). The record supports the trial court's certification. *See Dears v. State*, 154 S.W.3d 610, 615 (Tex. Crim. App. 2005).

Accordingly, we dismiss the appeal.


PER CURIAM


Panel consists of Chief Justice Frost and Justices Donovan and Brown.
Do Not Publish – Tex. R. App. P. 47.2(b)